Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiffs,
DOUGLAS & CRYSTAL YAEGER

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS YAEGER, an individual, & CRYSTAL YAEGER, an individual, <br><br> Plaintiffs, <br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, <br><br> Defendants. | Case No.: 5:16-cv-00387-JGB-SP <br><br> **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

TO THE CLERK OF COURT AND THE HONORABLE JUDGE OF THE U.S. DISTRICT COURT:

  Please take notice that the parties herein, Plaintiffs CRYSTAL YAEGER and DOUGLAS YAEGER and Defendant EQUIFAX INFORMATION SERVICES, LLC jointly and respectfully move to dismiss the entire matter with prejudice, with each party to bear its own costs and attorneys' fees.

  Defendants TRANS UNION, LLC and EXPERIAN INFORMAITON SOLUTIONS, INC. have already been dismissed, with prejudice, and the only

1 remaining Defendant is EQUIFAX INFORMATION SERVICES, LLC.

2     By their attorneys' electronic signature below, each party represents that it has reviewed and approved of the filing of this document, and jointly moves for the relief requested herein.

Dated: 12-29-16            Respectfully submitted,

                                          SEMNAR & HARTMAN, LLP

                           By:    */s/ Jared M. Hartman*
                                            Jared M. Hartman, Esq.
                                            Attorneys for Plaintiff

Dated: 12-29-16            Respectfully submitted,

                                          NOKES & QUINN

                           By:    */s/ Tom Quinn*
                                            Tom Quinn, Esq.
                                            Attorneys for Defendant


# PROOF OF SERVICE

Douglas Yaeger, et al. v Experian Information Solutions, Inc.; et al.

**Case No.:** 5:16-cv-00387-JGB-SP

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope.
**JOINT MOTION TO DISMISS ENTIRE MATTER WITH PREJUDICE** was served on:

| Amanda Pade<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071<br>Fax: 213-243-2539<br>Attorneys for Experian Information Solutions, Inc. | Thomas P. Quinn<br>NOKES & QUINN<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>Fax: 949-376-3070<br>Attorneys for Equifax Information Services, LLC |
|---|---|

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: December 29, 2016      /s/ *Jared M. Hartman*
                              Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**